USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v. -

$1,032,181.98 IN UNITED STATES CURRENCY FORMERLY HELD IN ACCOUNT 1000056327 IN THE NAME OF MAYDAISY CORPORATION AT FOREX CAPITAL MARKETS, LLC,

    Defendant-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGMENT OF FORFEITURE

21 Civ. 09320 (ALC)

        WHEREAS, on or about November 10, 2021, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981 and Title 21, United States Code, Section 881;

        WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on November 18, 2021, through December 17, 2021, and proof of such publication was filed with the Clerk of this Court on August 1, 2022 (D.E. 3);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem* within sixty days from the first day of publication of the Notice on the official government internet site;

        WHEREAS, on or about December 8, 2021, the Government sent direct notice of

the Verified Complaint by International Federal Express to the following:

> Ingrid Loiten
> 50A 2nd Floor West Towers
> Nelson Mandela Square, Maude Street
> Johannesburg, South Africa 2191
>
> Maydaisy Corporation
> 50A 2nd Floor West Towers
> Nelson Mandela Square, Maude Street
> Johannesburg, South Africa 2191

(the "Noticed Parties");

WHEREAS, the correspondence sent by the Government to the Noticed Parties were returned to the Government marked undeliverable;

WHEREAS, on December 7, 2021, the Government contacted Michael M. Mundashi, who had previously represented Ingrid Loiten, via email, to ask if he could accept notice of the Verified Complaint on behalf of Ms. Loiten. Mr. Mundashi advised that he no longer represents Loiten and was not aware of her whereabouts;

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendant-*in-rem*;

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

WHEREAS, the Government recently became aware that the Verified Complaint contained a typographical error, in which the amount of the Defendant-*in-rem* currency, which was formerly held in Account 1000056327 in the name of Maydaisy Corporation at Forex Capital Markets, LLC, was incorrectly asserted to equal $1,032,181.98 in United States currency, when in

fact, the amount of the Defendant-*in-rem* is $1,031,181.98 in United States currency (the "Corrected Defendant-*in-rem*"); and

WHEREAS, the Verified Complaint is, in all other respects, accurate and unchanged;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Corrected Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Corrected Defendant-*in-rem*, according to law.

Dated: New York, New York
September 21 2022

SO ORDERED:

_____
THE HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE